IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                    Criminal Action No.
                                                                      22-00048-03-CR-W-DGK

NOVEMBER D. GARDNER,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: 

| | |
|---|---|
| Count 1: | Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D) |
| Count 2: | Possession with Intent to Distribute Cocaine *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Counts 3, 6, 8, 91: | Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |
| Counts 7, 9: | Unlawful Drug User in Possession of a Firearm *in violation of* 18 U.S.C. § 922(g)(3) and 924(a)(2) |
| Count 13: | Distribution of Marijuana *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(D) |
| Counts 18, 20, 31, 36: | Distribution of fentanyl; distribution of marijuana *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(D) |
| Count 33: | Destruction of a Motor Vehicle Destruction of a Motor Vehicle *in violation of* 18 U.S.C. §§ 33(a) and 2 |
| Count 34: | Use, Carry, and Discharge a Firearm During a Crime of Violence Use, Carry, and Discharge a Firearm During a Crime of Violence *in violation of* 18 U.S.C. § 924(c)(1)(A)(iii) |

Count 58: Conspiracy to Commit Hobbs Act Robbery *in violation of* 18 U.S.C. § 1951(a)

Count 59: Possession with Intent to Distribute Marijuana *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(D)

Count 111: Conspiracy to Tamper with a Witness *in violation of* 18 U.S.C. § 1512(a)(2)(A) and (k)

Forfeiture Allegations One and Two

**TRIAL COUNSEL**:
Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
Case Agent: ATF Special Agent Elizabeth White
Defense: Blade Moore

**OUTSTANDING MOTIONS**: Sealed Motion (Doc. 794)

**ANTICIPATED MOTIONS**: Government - Rule 404(b) Notice; Defense - None

**TRIAL WITNESSES**:
Government: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant
Defense: 2 witnesses, including Defendant who ( ) will
(x) may
( ) will not testify

**TRIAL EXHIBITS**:
Government: 300 exhibits with four defendants going to trial
Defense: 20 exhibits

**DEFENSES**:
(x) defense of general denial
( ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
( ) Definitely for trial         ( ) Possibly for trial
( ) Motion to continue to be filed    (x) Likely a plea will be worked out

**TRIAL TIME: 10 days for trial with four defendants**
Government's case including jury selection: 7-8 days
Defense case: .5 day

**STIPULATIONS**:
( ) not likely
( ) not appropriate
(x) likely as to:
(x) chain of custody

    (x)    chemist's reports
    ( )    prior felony conviction
    ( )    interstate nexus of firearm
    ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: On or before June 24, 2024
Defense: On or before June 24, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
**Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th.

**OTHER**:
    ( )    A _____-speaking interpreter is required.
    ( )    Other assistive devices:

**IT IS SO ORDERED.**

                                                  */s/ Jill A. Morris*
                                                  JILL A. MORRIS
                                                  United States Magistrate Judge